IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,                                             No. CIV S-11-2720 DAD P

    vs.

WARDEN: ASSOC. CLASSIFICATION
COMMITTEE EN BANC,

    Defendants.                                   ORDER

/

          Plaintiff is a state prisoner proceeding pro se.  On October 14, 2011, this case was opened with plaintiff's initial filing, a document styled, "Notice Of Motion & Motion For Summon's [sic] And Complaint, in This Cause of Action & Summary Judgment pursuant To F.R.C.P. Rule 56."  (Doc. No. 1.)  The court's records reveal that plaintiff also has a pending civil rights action, Overton v. Assoc. Warden Business Service, CIV S-10-2955 MCE DAD P.  In that earlier filed case, plaintiff was granted leave to file a second amended complaint on October 4, 2011.  Because both cases concern allegations regarding a prison rules violation charge brought against plaintiff for over-familiarity with staff and the loss of plaintiff's personal property, it appears that plaintiff's notice of motion and motion for summons and complaint should have been filed in CIV S-10-2955 MCE DAD P.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to place a copy of plaintiff's October 14, 2011 document styled, "Notice Of Motion & Motion For Summon's [sic] And Complaint, in This Cause of Action & Summary Judgment pursuant To F.R.C.P. Rule 56" (Doc. No. 1) in case number CIV S-10-2955 MCE DAD P with the filing date of October 14, 2011; and

2. This action is administratively closed.

DATED: November 2, 2011.

DAD:4
over2720.close

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE