IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,                         No. CIV S-11-2720 KJM DAD P

    vs.

WARDEN: ASSOC. CLASSIFICATION
COMMITTEE EN BANC,

    Defendant.                       ORDER
_____/

        On December 5, 2011, plaintiff filed a motion for summary judgment. (Doc. No. 8.) However, because court records revealed that plaintiff had raised the same allegations and claims in another pending civil rights action, Overton v. Assoc. Warden Business Service, CIV S-10-2955 MCE DAD P filed with this court, on November 3, 2011, the Clerk of the Court was directed to copy the documents filed under this case number and file them in the earlier filed action and to administratively close this duplicative case.[1] Plaintiff is advised that documents

/////

---

[1] The court will not have the summary judgment motion filed in this case filed in Case No. CIV S-10-2955 MCE DAD P as it did with plaintiff's previously submitted documents because a summary judgment motion would be premature in the earlier filed action. In that case, plaintiff filed his second amended complaint on October 14, 2011, and the court has not yet had the opportunity to screen the second amended complaint.

1

1  filed in this case since the closing date will be disregarded and no orders will issue in response to
2  future filings.
3          IT IS SO ORDERED.
4  DATED: December 9, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:mp/4
over2720.58